UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

Chad Steven Sachs,
    Debtor.

Bky. No. 20-41507
Chapter 13 case

DECLARATION OF SERVICE BY MAIL

    Kurt Anderson declares under penalty of perjury that on August 13, 2020, _he served the following:

Motion objecting to confirmation of Chapter 13 plan
Verified Memorandum of Law
Proposed Order
This Proof of Service

upon

Chad Steven Sachs
328 East Schlieman Ave
Appleton, MN 56208

By mailing a copy thereof, enclosed in an envelope, first class postage prepaid, and by depositing the same in the United States Mail at Minneapolis, Minnesota, directed to each entity at the addresses indicated thereon.

**VERIFICATION**

I hereby declare under penalty of perjury that I have read the foregoing Declaration of Service by U.S. Mail and that the facts stated therein are true and correct.

Executed on:     August 13, 2020        /e/ Kurt M. Anderson